**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Mikela Jackson et al, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. **4:22-cv-00848-UNA** |
| | ) | |
| City of Sikeston, Missouri et al, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The above styled and numbered case was opened on 8/15/2022 and assigned to the Eastern

Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should

have been assigned to the Southeastern Division.

Accordingly, **IT IS HEREBY ORDERED** that the above styled case is transferred to the

Southeastern Division and assigned to the Honorable Audrey G. Fleissig, United States District Judge,

under case number 1:22-cv-00110-AGF.

**IT IS FURTHER ORDERED** that case number 4:22-cv-00848-UNA be administratively

closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: <u>August 16, 2022</u>                    By: <u>/s/ Michele Crayton</u>
                                                    Court Services Manager

**In all future documents filed with the Court, please use the following case number** 1:22-cv-00110-AGF.