UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MIKELA JACKSON, and <br> JEAN KELLY, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SIKESTON, et al., <br><br> Defendants. | Cause No.: 1:22-cv-00110-AGF |

## JOINT PROPOSED SCHEDULING PLAN

**Meeting**

Pursuant to Fed. R. Civ. P. 26(f), a meeting was held by telephone on October 11, 2022, Melissa Donlon for plaintiffs and Paul Knobbe for defendants. The results of the meeting were as follows:

(a) Track Assignment. The parties agree that the case should be assigned to the Track 2: Standard Track with disposition within 18 months of filing and 180-240 days from Rule 16 Conference for discovery/dispositive motions.

(b) Any motions to join additional parties and/or to amend the pleadings shall be filed by January 31, 2023.

(c) The parties agree upon the following provisions in their discovery plan:

    (i) provisions for disclosure or discovery of electronically stored information --- the parties believe that there is no electronically stored information involved in this case,

    (ii) any agreements the parties reach for asserting claims of privilege or of protection as trial-preparation material after production --- the parties agree to meet and confer regarding any difficulties that are ever encountered in this regard,

    (iii)    the date of October 25, 2022 by which the parties will disclose information and exchange documents pursuant to Fed. R. Civ. P. 26(a)(1),

    (iv)    the parties are in agreement that discovery should not be conducted in phases or limited to certain issues,

    (v)

- Plaintiff shall disclose their expert witnesses' identities and reports on March 22, 2023 and shall furthermore make their expert witnesses available for deposition by April 21, 2023.

- Defendant shall disclose their expert witnesses' identities and reports on May 22, 2023 and shall furthermore make their expert witnesses available for deposition by June 23, 2023.

- Plaintiff shall disclose rebuttal witnesses, if any, by July 14, 2023 and shall furthermore make their expert witnesses available for deposition by July 28, 2023.

    (vi)    the parties are in agreement with the presumptive limits of ten (10) depositions per side as set forth in Fed. R. Civ. P. 30(a)(2)(A), and twenty-five (25) interrogatories per party as set forth in Fed. R. Civ. P. 33(a), should apply in this case, and if not, the reasons for the variance from the rules,

    (vii)    any physical or mental examinations of parties will be requested and completed pursuant to Fed. R. Civ. P. 35, by January 31, 2023,

    (viii)    all discovery shall be completed by July 31, 2023 (see applicable track range, Section (a) above),

(d)    The referral of the action to mediation or early neutral evaluation would be most productive on or after February 1, 2023;

(e)    Any motions to dismiss or motions for summary judgment shall be filed by September 1, 2023;

(f)    the earliest date by which this case should reasonably be expected to be ready for trial would be _____.

(g)    an estimate of the length of time expected to try the case to verdict would be two weeks (10 days); and

(h)    there are no other matters counsel deem appropriate for inclusion in the joint proposed scheduling plan.

/s/ Melissa K. Donlon
Melissa Donlon #71745
Donlon Brand, LLC
222 W. Gregory Blvd., Suite 232
Kansas City, MO 64114
816-621-3322 - Telephone
melissa@donlonbrand.com
*Attorney for Plaintiffs*


/s/ Paul L. Knobbe
Paul L. Knobbe #49026MO
*pknobbe@goldbergsegalla.com*
8000 Maryland Ave., Ste. 640
St. Louis, Missouri 63105
Telephone:  (314) 446-3350
Facsimile:   (314) 446-3360
Attorneys for Defendants City of Sikeston, et al.