UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MIKELA JACKSON, and <br> JEAN KELLY, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SIKESTON, et al., <br><br> Defendants. | Cause No.: 1:22-cv-00110-AGF |

## NOTICE OF SERVICE

Counsel for Plaintiffs hereby certify that the original of the following initial sets of written discovery were sent on this 2nd day of December, 2022, via e-mail in Word and PDF format and that this certificate was electronically filed with the Court's CM/ECF system, which sent notice to all counsel of record:

- *Plaintiff's First Interrogatories to Defendant City of Sikeston*
- *Plaintiff's First Interrogatories to Defendant James B. McMillen*
- *Plaintiff's First Interrogatories to Defendant Jon R. Broom*
- *Plaintiff's First Interrogatories to Defendant Matthew R. Cotner*
- *Plaintiff's First Interrogatories to Defendant Josh S. Golightly*
- *Plaintiff's First Requests for Production to all Defendants*

Respectfully submitted,

**DONLON BRAND, LLC**

By: /s/ *Melissa K. Donlon*
Melissa K. Donlon    #71745
222 W. Gregory Blvd., Suite 232
Kansas City, Missouri 64114
Telephone: (816) 621-3322
Facsimile: (816) 621-3323
melissa@donlonbrand.com
**Attorney for Plaintiffs**

**CERTIFICATE OF SERVICE**

  I certify that on December 2, 2022, I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I am also emailing a copy of the documents referenced herein to the following counsel of record:

Paul L. Knobbe
GOLDBERG SEGALLA
8000 Maryland Avenue, Suite 640
St. Louis, MO 63105
pknobbe@goldbergsegalla.com
**Attorney for All Defendants**


                */s/ Melissa K. Donlon*
                Melissa K. Donlon