UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| MIKELA JACKSON, and<br>JEAN KELLY, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | Cause No.: 1:22-cv-00110-AGF |
| CITY OF SIKESTON, et al., | )<br>)<br>) | |
| Defendants. | ) | |

### NOTICE OF VIDEOTAPED DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of the following individual on the following date and time:

**NAME:** Jon Broom

**DATE and TIME:** January 26, 2023 at 9:00 a.m. CST

**LOCATION:** Videoconference (link will be provided upon receipt)

**COURT REPORTER And VIDEOGRAPHER:** Lexitas Legal
(501) 801-1801
scheduling45@lexitaslegal.com

PLEASE TAKE FURTHER NOTICE, that at the above date, hour, and place Plaintiffs' counsel will take the videotaped deposition of the above-named witnesses pursuant to Federal Rule of Civil Procedure 30 for the purposes of discovery of the above-captioned case.

Respectfully submitted,

**DONLON BRAND, LLC**

By: */s/ Melissa K. Donlon*
Melissa K. Donlon #71745
222 W. Gregory Blvd. Suite 232
Kansas City, MO 64114
Telephone: (816) 621-3322

Facsimile: (816) 621-3323  
melissa@donlonbrand.com  
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January 2023, the foregoing document was filed using CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Melissa K. Donlon*  
**Attorneys for Plaintiffs**