UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| MIKELA JACKSON, and<br>JEAN KELLY,<br><br>   Plaintiffs,<br><br>vs.<br><br>CITY OF SIKESTON, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No.: 1:22-cv-00110-AGF |

**NOTICE OF VIDEOTAPED DEPOSITION**

PLEASE TAKE NOTICE that Plaintiffs will take the videotaped deposition of the following individual on the following date and time:

**NAME:**    Det. Seg. Flint Dees

**DATE and TIME:**  May 12, 2023 at 11:00 a.m. CST

**LOCATION:**   Videoconference (link will be provided upon receipt)

**COURT REPORTER** Christopher Video & Reporting
**And VIDEOGRAPHER:** (816) 471-7800

PLEASE TAKE FURTHER NOTICE, that at the above date, hour, and place Plaintiffs' counsel will take the videotaped deposition of the above-named witnesses pursuant to Federal Rule of Civil Procedure 30 for the purposes of discovery of the above-captioned case.

                Respectfully submitted,

                **DONLON BRAND, LLC**

        By: */s/ Melissa K. Donlon*
           Melissa K. Donlon #71745
           222 W. Gregory Blvd. Suite 232
           Kansas City, MO 64114
           Telephone: (816) 621-3322
           Facsimile: (816) 621-3323

[melissa@donlonbrand.com](mailto:melissa@donlonbrand.com)
**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2023, the foregoing document was filed using CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Melissa K. Donlon*
**Attorney for Plaintiffs**