# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| MIKELA JACKSON, as next friend of ) | |
| D.T., a minor, A.T., a minor, and B.T., a minor, ) | |
| and JEAN KELLY ) | Case: 1:22-cv-00110-AGF |
| ) | |
| Plaintiffs, ) | Jury Trial Demanded |
| ) | |
| v. ) | |
| ) | |
| CITY OF SIKESTON, MISSOURI, CHIEF ) | |
| JAMES B. MCMILLAN, JOSH GOLIGHTLY, ) | |
| MATTHEW R. CTNER, andJON R. BROOM, ) | |
| ) | |
| Defendants. ) | |

## **MOTION FOR WITHDRAWAL OF REPRESENTATION**

COMES NOW Andrea M. Sciarratta and respectfully requests this Court grant her leave to withdraw as attorney of record for Defendants City of Sikeston, Missouri, Chief James B. McMillan, Josh S. Golightly, Matthey R. Cotner, and Jon R. Broom in the above matter.  In support of this request, Counsel states:

1. I have accepted a position with another firm and will no longer be employed by the law firm of Goldberg Segalla, LLP.

2. Attorneys David P. Renovitch and John M. Allen of Goldberg Segalla, LLP will continue to represent Defendants City of Sikeston, Missouri, Chief James B. McMillan, Josh S. Golightly, Matthey R. Cotner, and Jon R. Broomin this matter.

WHEREFORE, Andrea M. Sciarratta respectfully requests this Court grant her leave to withdraw in this matter.

35736764.v1

Respectfully submitted,

GOLDBERG SEGALLA, LLP

By:  /s/ Andrea M. Sciarratta
Andrea M. Sciarratta, #71162
8000 Maryland Ave., Ste. 640
St. Louis, MO 63105
P: 314-446-3357
F: 314-446-3360
E: asciarratta@goldbergsegalla.com

*Attorneys for Defendants City of Sikeston, Missouri, Chief James B. McMillan, Josh S. Golightly, Matthey R. Cotner, and Jon R. Broom*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served through the Court's eFiling system and/or by facsimile, hand delivery, electronic mail, or U.S. Mail, postage prepaid, this 17th day of August, 2023 to all counsel of record.

 /s/ Andrea M. Sciarratta

35736764.v1