UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MIKELA JACKSON, as next friend of D.T., a minor, A.T., a minor, and B.T., a minor, and JEAN KELLY<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SIKESTON, MISSOURI, CHIEF JAMES B. MCMILLAN, JOSH GOLIGHTLY, MATTHEW R. COTNER, and JON R. BROOM,<br><br>Defendants. | Case: 1:22-cv-00110-AGF |

**NOTICE OF SETTLEMENT AND REQUEST FOR HEARING**

Come now the parties, by and through their respective attorneys of record, to notify this Honorable Court of the settlement of the above-captioned matter.

The above-captioned matter is a wrongful death suit and therefore, Court approval is necessary to approve the settlement. As such, the parties hereby request a hearing date for approval of the wrongful death settlement and allocation of proceeds.

Respectfully submitted,

**DONLON BRAND, LLC**

By: /s/ *Melissa K. Donlon*
Melissa K. Donlon    #MO71745
Nick A. Brand        #MO63380
9229 Ward Parkway, Suite 340
Kansas City, MO 64114
Telephone: (816) 621-3322
Facsimile: (816) 621-3323
melissa@donlonbrand.com
nick@donlonbrand.com
*Attorneys for Plaintiffs*

1

/s/ *Peter J. Dunne*
Peter J. Dunne  #31482MO
Christina B. O'Keefe #72054MO
PITZER SNODGRASS, P.C.
Attorneys for Defendants
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
Email: dunne@pspclaw.com
Email: cokeefe@pspclaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically mailed to all counsel of record this 16th day of January, 2024.

*/s/ Melissa K. Donlon*