UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MIKELA JACKSON, as Next Friend of D.T., A.T., and B.T., minors, and JEAN KELLY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SIKESTON, MISSOURI, et al.,<br><br>Defendants. | Case No. 1:22-cv-00110-AGF |

## ORDER

Counsel for Plaintiffs, on behalf of all parties, has advised the Court that a settlement has been reached with Defendants in this case and requested that this matter be set for a wrongful death settlement approval hearing. ECF No. 65.

Accordingly,

**IT IS HEREBY ORDERED** that, on or before **January 30, 2024**, Plaintiff shall file an appropriate motion, supported by all necessary affidavits and documentation, for settlement approval and dismissal. Such documents include, but are not limited to, those necessary to show that the parties have diligently attempted to notify all parties with a cause of action, as defined in Mo. Rev. Stat. § 537.080; whether any special circumstances exist which may make sharing the settlement by the laws of decent inequitable; the total settlement amount; and the expenses of recovery and collection, along with any proposed attorneys' fees. *See* Mo. Rev. Stat. § 537.095.

**IT IS FURTHER ORDERED** that the Court shall hold a hearing on the above-noted forthcoming motion for settlement approval and dismissal on **February 6, 2024,** at **10:00 a.m.** in Courtroom 12S of the United States District Court, 111 South 10th Street, St. Louis, Missouri.

Dated this 17th day of January, 2024.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE