| | |
|---|---|
| **From:** | Melissa Donlon |
| **To:** | Matt Glenn |
| **Cc:** | Nick Brand; Jorie Burr |
| **Subject:** | FW: Activity in Case 1:22-cv-00110-AGF Jackson et al v. City of Sikeston, Missouri et al |
| **Date:** | Thursday, January 18, 2024 2:35:00 PM |

Matt:

Below please find the Court's Order from yesterday which set the wrongful death hearing for February 6, 2024 at 10:00 a.m. Please see the details in the Docket Text below.

Thank you,
Melissa

Please note our new address.

Melissa K. Donlon
Donlon Brand, LLC
9229 Ward Parkway, Suite 340
Kansas City, Missouri 64114
(816) 621-3322 Telephone
(816) 621-3323 Facsimile


NOTICE OF CONFIDENTIALITY, ATTORNEY-CLIENT PRIVILEGE AND/OR ATTORNEY WORK PRODUCT: The information contained in this e-mail message, including any attachments, may contain confidential information intended only for the use of the recipient(s) named above. The information may be privileged and/or protected by the attorney-client privilege, the attorney work-product doctrine, or other similar privileges and limitations on disclosure. If you are not the named or intended recipient of this message, please do not read, rely upon, save, copy, print or retransmit, but rather, destroy it immediately and permanently delete the message from your computer or network system. Any unauthorized retransmission, retention, distribution, printing or copying of this message or any attachments is strictly prohibited. If you have received this e-mail message in error, please immediately contact melissa@donlonbrand.com or call (816) 621-3322 immediately. Thank you.

-----Original Message-----
From: Moed_AutoSend@moed.uscourts.gov <Moed_AutoSend@moed.uscourts.gov>
Sent: Wednesday, January 17, 2024 5:13 PM
To: MOED_ECF_Notification@moed.uscourts.gov
Subject: Activity in Case 1:22-cv-00110-AGF Jackson et al v. City of Sikeston, Missouri et al

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Eastern District of Missouri

Notice of Electronic Filing
The following transaction was entered  on 1/17/2024 4:12 PM CST and filed on 1/17/2024

Case Name: Jackson et al v. City of Sikeston, Missouri et al Case Number: 1:22-cv-00110-AGF https://ecf.moed.uscourts.gov/cgi-bin/DktRpt.pl?197358

Filer:


Document Number: 66


Copy the URL address from the line below into the location bar of your Web browser to view the document:
https://ecf.moed.uscourts.gov/doc1/107111312876?caseid=197358&de_seq_num=207&magic_num=65043330


Docket Text:
ORDER:  IT IS HEREBY ORDERED that, on
or before January 30, 2024, Plaintiff shall file an appropriate motion, supported by all necessary affidavits and documentation, for settlement approval and dismissal. Such documents include, but are not limited to, those necessary to show that the parties have diligently attempted to notify all parties with a cause of action, as defined in Mo. Rev. Stat. § 537.080; whether any special circumstances exist which may make sharing the settlement by the laws of decent inequitable; the total settlement amount; and the expenses of recovery and collection, along with any proposed attorneys fees. See Mo. Rev. Stat. § 537.095. IT IS FURTHER ORDERED that the Court shall hold a hearing on the above-noted forthcoming motion for settlement approval and dismissal on February 6, 2024, at 10:00 a.m. in Courtroom 12S of the United
States District Court, 111 South 10th Street, St. Louis, Missouri.   Settlement

Conference set for 2/6/2024 10:00 AM in Courtroom 12S - St. Louis before Sr. District Judge Audrey G. Fleissig.  Signed by Sr. District Judge Audrey G. Fleissig on 1/17/2024. (JMC)

1:22-cv-00110-AGF Notice has been electronically mailed to:
Peter J. Dunne  dunne@pspclaw.com, chamberlain@pspclaw.com, schatz@pspclaw.com

Paul L. Knobbe (Terminated)    pknobbe@heylroyster.com, bbuhmann@goldbergsegalla.com, dcarpenter@goldbegsegalla.com
Melissa K Donlon  melissa@donlonbrand.com, jorie@donlonbrand.com

Christina B. O'Keefe  cokeefe@pspclaw.com, schatz@pspclaw.com

Nickolas A. Brand  nick@donlonbrand.com


1:22-cv-00110-AGF Notice has been delivered by other means to:


The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1037221849 [Date=1/17/2024] [FileNumber=10689570-0]
 [77f2ff18d86c0d6cadadc3ae95d4f89db2d7cfd8b2c493052ca3e6c525e3011ca039c63c149f9c70ae8815b55c51562b3fa85c4c9f4e2371a826fd3295bc665c]]

Ex. 1