UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MIKELA JACKSON, as Next Friend of D.T., A.T., and B.T., minors, and JEAN KELLY,<br><br>      Plaintiffs,<br><br>v.<br><br>CITY OF SIKESTON, MISSOURI, et al.,<br><br>      Defendants. | Case No. 1:22-cv-00110-AGF |

## ORDER

This matter is before the Court on Plaintiffs' unopposed Motion for Leave to Appear by Telephone or Videoconference for Settlement Hearing. ECF No. 68. For good cause shown,

**IT IS HEREBY ORDERED** that Plaintiffs' unopposed Motion for Leave to Appear by Telephone or Videoconference for Settlement Hearing is **GRANTED**. ECF No. 68.

**IT IS FURTHER ORDERED** that the hearing on the Parties' motion for settlement approval and dismissal set for **February 6, 2024**, at **10:00 a.m.** will be conducted via **Zoom**. The conference will be on the record. Participants are directed to use the following Zoom log in information: Meeting ID: 161 444 0464; Password: 973200. All participants are directed to add their name (right click and select Rename) to their profile upon entering the Zoom hearing. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom,

and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

Dated this 31st day of January, 2024.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE