UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| MIKELA JACKSON, as Next Friend of D.T., A.T., and B.T., minors, and JEAN KELLY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:22-cv-00110-AGF |
| CITY OF SIKESTON, MISSOURI, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

A hearing is set for February 6, 2024, at 10:00 a.m. via Zoom to hear arguments regarding the Parties' Joint Motion for Settlement Approval (ECF No. 67) and Plaintiffs' Motion for Settlement Apportionment and Allocation of Wrongful Death Settlement Proceeds (ECF No. 69).  The Court wishes to clarify that this hearing is open to observation by members of the public, including in open court or by audio access.

Accordingly,

**IT IS HEREBY ORDERED** that the February 6, 2024, hearing set for 10:00 a.m. will take place by Zoom.  Hearing participants are directed to use the following login information to participate by Zoom: Meeting ID: 161 444 0464, Password: 973200.  All participants are directed to add their name (right click and select Rename) to their profile upon entering the Zoom hearing.  Member of the general public may attend the hearing in open court or listen to hearing by calling 1-699-254-5252, Meeting ID: 161 444 0464.  Non-case participants must remain muted throughout the entire proceedings.  Pursuant to

Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge.  This includes proceedings ordered by the Court to be conducted by phone or video.

     Dated this 5th day of February, 2024.

                                                     */s/ Audrey G. Fleissig*
                                                AUDREY G. FLEISSIG
                                                UNITED STATES DISTRICT JUDGE